**Order entered February 6, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-01002-CR

**JAY SANDON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-86065-2019**

## ORDER

Before the Court is appellant's January 18, 2023 motion to modify the Court's order entered on October 26, 2022. We **DENY** the motion.

/s/    NANCY KENNEDY
JUSTICE